# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* *https://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** 23-35153

**Case Name** USA v. State of Idaho

**Counsel submitting this form** Daniel W. Bower

**Represented party/parties** The Speaker of the Idaho House of Representatives, Mike Moyle; Idaho State Senate President Pro Tempore, Chuck Winder; and the Sixty-Seventh Idaho Legislature

*Briefly describe the dispute that gave rise to this lawsuit.*

The United States initiated a lawsuit asserting that Idaho's abortion state is preempted by federal law to the extent it conflicts with the Emergency Medical Treatment and Labor Act. The Idaho Legislature moved the district court to intervene as a matter of right and as provided for by Idaho statute and that motion was denied.

This is not type of appeal that would benefit from mediation.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** *Rev. 09/01/22*

1

*Briefly describe the result below and the main issues on appeal.*

The issue on appeal is whether the district court erred in denying the Idaho Legislature's motion to intervene.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

The district court granted the Government's motion for preliminary injunction. Reconsideration as to that ruling has been requested and the parties have recently provided supplemental briefing related to the Idaho Supreme Court's decision that Idaho's general abortion statute does not violate the Idaho Constitution. The district court has not ruled on the motion for reconsideration.

**Signature** /s/ Daniel W. Bower  **Date** March 10, 2023
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**  *Rev. 09/01/22*

2