# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 23-35153

**Case Name** USA v. State of Idaho

**Hearing Location** (*city*) San Francisco

**Your Name** Daniel W. Bower

List the sitting dates for the two sitting months you were asked to review:

April 1-5, 8-12, 2024
May 13-17, 2024

Do you have an unresolvable conflict on any of the above dates? ●Yes ○No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

April 11, 2024

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

●Yes ○No

If yes, list the number, name, and hearing city of each of the other case(s):

United States v. Idaho, No. 23-35440, 23-35450, January 23, 2024, Pasadena, CA.

**Signature** /s/Daniel W. Bower **Date** 7 December 2023

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32** *New 12/01/2018*