IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee,* vs. THE STATE OF IDAHO, *Defendant,* vs. MIKE MOYLE, Speaker of the Idaho House of Representatives; et al., *Intervenors-Appellants.* | No. 23-35153 INTERVENOR-APPELLANT'S MOTION TO RESCHEDULE ORAL ARGUMENT |

Pursuant to Ninth Circuit Rule 27-1 and Federal Rule of Appellate Procedure 34(b), Intervenors-Appellants, Mike Moyle, Speaker of the Idaho House of Representatives, et al. ("the Idaho Legislature") respectfully move to reschedule the oral argument in this appeal, currently set for April 4, 2024.

1

On December 7, 2024, counsel for the Idaho Legislature notified this Court concerning its availability for oral argument for the following dates: April 1-5, 8-12, 2024 and May 13-17, 2024 in Ninth Circuit Case No. 23-35153 [Dkt. 33]. This availability was based in part on Ninth Circuit Case Nos., 23-35440 and 23-35450 being set for oral argument on January 23, 2024 [Case Nos. 23-35440, Dkt 85].

But on January 5, 2024, the United States Supreme Court granted the Idaho Legislature's application for a stay and treated that application as a petition for writ of certiorari before judgment. [Case Nos. 23-354440, Dkt 101]. Significantly, the Court directed that "the case be argued in the April 2024 argument session." *Id*. Because that session takes place between April 21-23 and 28-30, the Legislature anticipates oral argument during those dates. No subsequent order has yet announced the exact date for oral argument.

The same counsel represents the Idaho Legislature in both the Supreme Court case and in the pending appeal before this Court. To accommodate the unexpected conflict, the Legislature respectfully requests that oral argument in No. 23-35153 be rescheduled no earlier

2

than 30 days after the last possible date for oral argument in the Supreme Court, or May 30.

Counsel for the United States has been contacted and takes no position regarding this motion.

Respectfully Submitted,

DATED: January 25, 2024

  */s/ Daniel W. Bower*
 Daniel W. Bower, ISB #7204
 HILTY, BOWER, HAWS & SEABLE PLLC
 1303 12th Ave. Rd.
 Nampa, Idaho 83686
 Telephone: (208) 345-3333
 Fax No.: (208) 345-4461
 dbower@hbhslaw.com
 *Attorneys for Intervenor-Appellant*
 *The Idaho Legislature*