| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 26 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

 v.

STATE OF IDAHO,

    Defendant-Appellee,

 v.

MIKE MOYLE, Speaker of the Idaho House of Representatives; et al.,

    Movants-Appellants.

No. 23-35153

D.C. No. 1:22-cv-00329-BLW
District of Idaho,
Boise

ORDER

Intervenor-Appellants' Motion to Reschedule Oral Argument (Dkt. No. 35) is DENIED.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT