UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 4 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-35153 |
| Plaintiff-Appellee, | D.C. No. 1:22-cv-00329-BLW<br>District of Idaho,<br>Boise |
| v. | |
| STATE OF IDAHO, | ORDER |
| Defendant-Appellee, | |
| v. | |
| MIKE MOYLE, Speaker of the Idaho House of Representatives; et al., | |
| Movants-Appellants. | |

The court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and the record and that oral argument would not significantly aid the decisional process. Therefore, this matter is ordered submitted on the briefs and the record without oral argument on April 4, 2024 in San Francisco, California. Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT