UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 31 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

  v.

STATE OF IDAHO,

          Defendant - Appellee,

  v.

MIKE MOYLE, Speaker of the Idaho
House of Representatives; et al.,

          Movants - Appellants.

No. 23-35153

D.C. No. 1:22-cv-00329-BLW
U.S. District Court for Idaho, Boise

**MANDATE**

The judgment of this Court, entered April 08, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

          FOR THE COURT:

          MOLLY C. DWYER
          CLERK OF COURT